UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SETTLEMENT NOTICE

| Case Number | 1-09-cv-260 |
|---|---|
| Style of Case | Steven Stewart v Thyssenkrupp Waupaca, Inc., et. al. |
| Trial Date | |
| Case reported settled by | Attorney Stephanie Barnes |
| Did parties participate in mediation? | **No** |
| Did parties participate in arbitration? | **No** |
| Date of Notice | 12/8/09 |
| Notice Received by | s/Sheila Hendrix |