IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STEVEN P. STEWART, | : |
| | : |
| Plaintiff, | : |
| | : No.: 1:09-CV-260 |
| v. | : |
| | : COLLIER/CARTER |
| THYSSENKRUPP WAUPACA, INC. | : |
| THYSSENKRUPP WAUPACA GROUP | : |
| BENEFITS PLAN, and | : |
| SUN LIFE FINANCIAL ASSURANCE | : |
| COMPANY OF CANADA, | : |
| | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants (collectively the "Parties") announce to the Court that all claims pending in this action as to all parties have been compromised and settled without admission of liability pursuant to a confidential Settlement Agreement and Release executed among the Parties.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate that Plaintiff dismisses the above-captioned case with full prejudice and each party shall bear its own costs, expenses, attorney fees, or other fees.

Respectfully submitted this 8th day of January, 2010.

                                                   **ERIC BUCHANAN & ASSOCIATES, PLLC**

                                                   <u>s/D. Seth Holliday</u>
                                                   D. Seth Holliday, B.P.R. # 023136
                                                   414 McCallie Avenue
                                                   Chattanooga, TN 37402
                                                   Telephone: (423) 634-2506
                                                   Facsimile: (423) 634-2505
                                                   *Attorneys for Plaintiff*

-AND-

**MILLER & MARTIN PLLC**

**s/James Williams**
Shelby R. Grubbs, B.P.R. # 001581
James T. Williams, B.P.R. # 16341
Stephanie R. Barnes B.P.R. # 25255
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Defendant*
*Sun Life Assurance Company of Canada*

-AND-

**CARTER, HARROD & WILLHITE, PLLC**

**s/Bridget J. Willhite**
Bridget J. Willhite, B.P.R. # 021951
1 East Madison Avenue
P.O. Box 885
Athens, TN 37371-0885
Telephone: (423) 745-7447
Facsimile: (423) 745-6114

-AND-

**MICHAEL BEST & FRIEDRICH LLP**

**s/Mitchell W. Quick**
Charles P. Stevens, WBN 1014720
Mitchell W. Quick, WBN 1001493
Melissa H. Burkland, WBN 1071443
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
*Attorneys for Defendants Thyssenkrupp Waupaca,*
*Inc. and Thyssenkrupp Waupaca Group Benefits*
*Plan*

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 8, 2010** a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      **s/James Williams**
Shelby R. Grubbs, B.P.R. # 001581
James T. Williams, B.P.R. # 16341
Stephanie R. Barnes B.P.R. # 25255
**MILLER & MARTIN PLLC**
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Defendant*
*Sun Life Assurance Company of Canada*